An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GLENN DEAN A/K/A GLENN
DARNELL DEAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61224

FILED

MAR 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion for modification of sentence.[1] Eighth Judicial District Court, Clark County; Charles M. McGee, Senior Judge.

In his motion filed on June 14, 2012, appellant asserted that the presentence investigation report contained a mistake as it stated he had been incarcerated six times for his six felony convictions, but appellant claimed that he had served concurrent terms for all of those convictions and therefore, had actually only been incarcerated once. Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. See Edwards v. State, 112 Nev. 704, 708, 918 P.2d 321, 324

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07740

(1996). We therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta


cc:     Chief Judge, Eighth Judicial District Court
        Hon. Charles M. McGee, Senior Judge
        Glenn Darnell Dean
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[2]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.